**DISMISS and Opinion Filed August 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00587-CV

**LARRY MILLER ROOFING, INC., Appellant**
**V.**
**PAUL YOUNG ASSOCIATES II, L.P., Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-06684**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Before the Court is appellant's motion to dismiss the appeal. Appellant has informed the

Court that the parties have settled their differences. Accordingly, we grant appellant's motion

and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

140587F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

LARRY MILLER ROOFING, INC.,
Appellant

No. 05-14-00587-CV        V.

PAUL YOUNG ASSOCIATES II, L.P.,
Appellee

On Appeal from the 95th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-13-06684.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee, PAUL YOUNG ASSOCIATES II, L.P., recover its costs of this appeal from appellant, LARRY MILLER ROOFING, INC..

Judgment entered August 7, 2014